IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MARIA RAMIREZ,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-22-CV-144-KC-ATB** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | |
| **ADMINISTRATION,** | § | |
| | § | |
|   Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

On this day, the Court considered United Staes Magistrate Judge Anne T. Berton's Report and Recommendation ("R&R"), ECF No. 24. Pursuant to Paragraph 2(c) of the Court's May 1, 2012, Standing Order, this case was referred to then-Magistrate Judge Leon Schydlower on May 3, 2022, and subsequently to Magistrate Judge Berton on February 27, 2025.

Magistrate Judge Berton filed the R&R on April 17, 2025, recommending that the Court grant Plaintiff Maria Ramirez's Motion for Authorization of Attorney Fees ("Motion"), ECF No. 23. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

agrees with Magistrate Judge Berton's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 24, in its entirety, and **ORDERS** that Plaintiff Maria Ramirez's Motion for Authorization of Attorney Fees, ECF No. 23, is **GRANTED**.

**IT IS FURTHER ORDERED** that Ramirez's counsel, Bryan Konoski, is **AWARDED** $8,267.43 in attorney's fees to be certified for payment out of Ramirez's past-due benefits held by the Commissioner for such purposes.

**SO ORDERED.**

**SIGNED this 2nd day of May, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE